IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : <br> : No. 25-cv-763 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter the appearance of the undersigned, Stephen R. Kovatis, in the above-captioned matter on behalf of Plaintiffs Josh Shapiro, the Pennsylvania Department of Environmental Protection, the Pennsylvania Department of Conservation and Natural Resources, the Pennsylvania Department of Transportation, and the Pennsylvania Department of Community and Economic Development.

Date: February 13, 2025

Respectfully submitted,

By: /s/ Stephen R. Kovatis_____
STEPHEN R. KOVATIS
Deputy General Counsel
Attorney ID No. 209495

OFFICE OF GENERAL COUNSEL
30 North Third Street, Suite 200
Harrisburg, PA 17101
Phone: 717-602-0943
Email: skovatis@pa.gov

## CERTIFICATE OF SERVICE

  I, Stephen R. Kovatis, hereby certify that the foregoing Notice of Appearance has been filed on, and is available to all parties via, the Court's CM/ECF system.


Date: February 13, 2025        By: /s/ Stephen R. Kovatis
                  STEPHEN R. KOVATIS