AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| Josh Shapiro, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-00763-MSG |
| U.S. Department of the Interior, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Josh Shapiro, et al.

Date:   02/25/2025

/s/ Michael J. Fischer
*Attorney's signature*

Michael J. Fischer (PA Bar 322311)
*Printed name and bar number*

Office of General Counsel
30 North Third Street, Suite 200
Harrisburg, PA 17101
*Address*

mjfischer@pa.gov
*E-mail address*

(717) 831-2847
*Telephone number*

*FAX number*