UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>Defendants. | No. 25-cv-763 |

## DECLARATION OF SERVICE ON DEFENDANTS

I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. On February 18, 2025, I received summonses directed to defendants U.S. Department of the Interior, Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior, U.S. Environmental Protection Agency, Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency, U.S. Department of Energy, Chris Wright, in his official capacity as Secretary of the U.S. Department of Energy, U.S. Department of Transportation, Sean Duffy, in his official capacity as Secretary of U.S. Department of Transportation, Office of Management and Budget, and Russell Vought, In his official capacity as Director of Office of Management and Budget.

3. On February 18, 2025, I sent the summonses described in the preceding paragraph, along with copies of the Complaint (ECF No. 1) by certified mail as follows:

| Summons Directed To: | Documents Addressed and Mailed To: |
|---|---|
| U.S. Department of the Interior | U.S. Department of the Interior, 1849 C. Street, NW Washington DC 20240 |
| Doug Burgum | Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior 1849 C. Street, NW Washington DC 20240 |
| U.S. Environmental Protection Agency | U.S. Environmental Protection Agency, 1200 Pennsylvania Avenue, NW Washington DC 20460 |
| Lee Zeldin | Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency 1200 Pennsylvania Avenue, NW Washington DC 20460 |
| U.S. Department of Energy | U.S. Department of Energy, 1000 Independence Avenue, SW Washington DC 20585 |
| Chris Wright | Chris Wright, in his official capacity as Secretary of the U.S. Department of Energy 1000 Independence Avenue, SW Washington DC 20585 |
| U.S. Department of Transportation | U.S. Department of Transportation, 1200 New Jersey Avenue, SE Washington DC 20590 |
| Sean Duffy | Sean Duffy, in his official capacity as Secretary of U.S. Department of Transportation 1200 New Jersey Avenue, SE Washington DC 20590 |
| Office of Management and Budget | Office of Management and Budget, 725 17th Street, NW Washington DC 20503 |

| Russell Vought | Russell Vought, In his official capacity as Director of Office of Management and Budget 725 17th Street, NW Washington DC 20503 |
| --- | --- |
| Pam Bondi | Pam Bondi, Attorney General of the United States U.S. District of Justice 950 Pennsylvania Avenue, NW Washington DC 20530-001 |

4. The forgoing documents were delivered via certified mail as follows:

| Summons Directed To: | Certified Tracking Number | Date Delivered |
| --- | --- | --- |
| U.S. Department of the Interior | 70000520002301673103 | February 24, 2025 |
| Doug Burgum | 70000520002301673134 | February 24, 2025 |
| U.S. Environmental Protection Agency | 70000520002301673097 | February 24, 2025 |
| Lee Zeldin | 70000520002301673127 | February 24, 2025 |
| U.S. Department of Energy | 70032260000705511894 | February 24, 2025 |
| Chris Wright | 70000520002301673080 | February 24, 2025 |
| U.S. Department of Transportation | 70000520002301674780 | February 24, 2025 |
| Sean Duffy | 70032260000705511887 | February 24, 2025 |
| Office of Management and Budget | 70000520002301674100 | March 3, 2025 |
| Russell Vought | 70000520002301674148 | March 3, 2025 |
| Pam Bondi | 70000520002301674117 | February 25, 2025 |

I declare under penalty of perjury that the forgoing is true and correct.

March 5, 2025

*Jennifer Risser* (signature)
Jennifer Risser

3