IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants. | Case No. 25-cv-763 |

## **ORDER**

**AND NOW**, this 15th day of April 2025, upon consideration of Defendants' Letter Request for Extension to Respond to the Complaint (ECF No. 10) and noting that Plaintiffs consent to the extension, it is **ORDERED** that the Letter Request is **GRANTED**. Defendants shall respond to the complaint **on or before June 16, 2025.**

                                         */s/Mitchell S. Goldberg*
                                         Judge Mitchell S. Goldberg