IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSH SHAPIRO, in his official capacity as
Governor of the Commonwealth of
Pennsylvania, *et al.*,

    Plaintiffs,

    v.

U.S. DEPARTMENT OF THE INTERIOR,
*et al.*,

    Defendants.

Case No. 25-cv-763

## ORDER

**AND NOW**, this 12th day of June 2025, upon consideration of Defendants' Letter Request for Extension to Respond to the Complaint (ECF No. 12) and noting that Plaintiffs consent to the extension, it is **ORDERED** that the Letter Request is **GRANTED**. Defendants shall respond to the complaint **on or before August 15, 2025.**

*/s/Mitchell S. Goldberg*
Judge Mitchell S. Goldberg