UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH SHAPIRO, *in his official capacity as Governor of the Commonwealth of Pennsylvania*, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | No. 25-cv-763 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs initiated this action to challenge Defendants' withholding of certain federal funds that had previously been awarded to Pennsylvania. Since the complaint was filed, all funding at issue in this lawsuit has been made available to Plaintiffs once again. Because all previously-withheld funding at issue in this case is currently available to Plaintiffs, Plaintiffs are voluntarily dismissing this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

August 13, 2025                                     Respectfully submitted,

                                                    s/ *Jacob B. Boyer*
                                                    Jacob B. Boyer (Pa. No. 324396)
                                                    Michael J. Fischer (Pa. No. 322311)
                                                    Stephen R. Kovatis (Pa. No. 209495)
                                                    Office of General Counsel
                                                    30 North Street, Suite 200
                                                    Harrisburg, PA 17101
                                                    jacobboyer@pa.gov
                                                    (717) 460-6786

                                              *Counsel for Plaintiffs*

## CERTIFICATE

I hereby certify that a copy of this notice has been served on all counsel of record using the Court's CM/ECF system.

/s/ *Jacob B. Boyer*
Jacob B. Boyer
August 13, 2025